

# Fourth Court of Appeals
## San Antonio, Texas

April 21, 2016

No. 04-16-00238-CR

**IN RE** Roy L. **SMITHWICK** Jr.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
                   Patricia O. Alvarez, Justice
                   Jason Pulliam, Justice

On April 18, 2016, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on April 21, 2016.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of April, 2016.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 1992CRA00041 D1, styled *The State of Texas v. Roy L. Smithwick Jr.*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Jose A. Lopez presiding.